1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| ARGENT CLASSIC CONVERTIBLE ARBITRAGE FUND L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTRYWIDE FINANCIAL CORPORATION, ANGELO R. MOZILO, DAVID SAMBOL, and ERIC P. SIERACKI,<br><br>Defendants. | Case No. CV 07-07097 MRP(MANx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**[Fed.R.Civ.P. 41(a)(1)(A)(ii)]** |

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

LIBA/1991395.4

1     **WHEREAS**, on December 9, 2009, this Court denied plaintiff Argent
2 Classic Convertible Arbitrage Fund L.P.'s ("Argent") motion to certify the above-
3 captioned action as a class action, and the case has thereafter proceeded as an
4 individual action solely on behalf of Argent in its individual capacity;

5     **WHEREAS**, on May 4, 2010, the parties jointly filed a Stipulation Of
6 Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure
7 41(a)(1)(A)(ii);

8     **WHEREAS**, Argent, solely in its individual capacity and on its own behalf,
9 has voluntarily dismissed the action with prejudice;

10     **THEREFORE, IT IS HEREBY ORDERED** that the above-captioned
11 action is dismissed with prejudice.  Argent further expressly waives any and all
12 rights of appeal in the above-captioned action, and each party shall bear its own
13 costs and attorneys' fees.

14     **IT IS SO ORDERED.**

16 Dated: May 6, 2010

_____
MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

LIBNY/4826385.2