JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ARGENT CLASSIC CONVERTIBLE ARBITRAGE FUND L.P., <br><br> Plaintiff, <br><br> vs. <br><br> COUNTRYWIDE FINANCIAL CORPORATION, ANGELO R. MOZILO, DAVID SAMBOL, and ERIC P. SIERACKI, <br><br> Defendants. | Case No. CV 07-07097 MRP(MANx) <br><br> **FINAL JUDGMENT** |

1   **WHEREAS**, on December 9, 2009, this Court denied Plaintiff Argent Classic Convertible Arbitrage Fund L.P.'s ("Argent") motion to certify the above-captioned action as a class action, and the case has thereafter proceeded as an individual action solely on behalf of Argent in its individual capacity;

**WHEREAS**, on May 4, 2010, the parties jointly filed a Stipulation Of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii);

**WHEREAS**, Argent, solely in its individual capacity and on its own behalf, has voluntarily dismissed the action with prejudice;

**THEREFORE, IT IS HEREBY ADJUDGED** that the above-captioned action is dismissed with prejudice. Argent further expressly waives any and all rights of appeal in the above-captioned action, and each party shall bear its own costs and attorneys' fees. Judgment shall be entered by the Clerk in accordance with Federal Rule of Civil Procedure 58.

Dated: May 6, 2010

_____
MARIANA R. PFAELZER
UNITED STATES DISTRICT JUDGE

[PROPOSED] FINAL JUDGMENT

LIBNY/4826385.2